IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3106 |
| v. | ) | |
| SALVADOR CORTEZ-MALTOS, | ) | ORDER RESCHEDULING SENTENCING HEARING |
| Defendant. | ) | |

In order to assure we have court reporter services,

IT IS ORDERED that:

1. the sentencing hearing for the defendant, Salvador Cortez-Maltos, is rescheduled and shall commence at 2:00 p.m. on January 19, 2011, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated December 29, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge